UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-6378**

─────────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DWAYNE CURTIS DELESTON,

                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:99-cr-00751-DCN-6)

─────────────

Submitted:  May 31, 2012              Decided:  June 6, 2012

─────────────

Before KING, DUNCAN, and DIAZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Dwayne Curtis Deleston, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Curtis Deleston appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Deleston, No. 2:99-cr-00751-DCN-6 (D.S.C. Feb. 15, 2012). We deny Deleston's motions to proceed under the Criminal Justice Act, for stay pending appeal, and to remand the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED